$12.96
#6464

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------

IN RE:                                             BK NO. 04-21669

STEPHEN R., JR. & CINDY S. MULLANEY
      Debtor(s)
------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    Verizon
    140 West Street Lobby 1.
    New York, NY 10007-2123

2. Your Trustee's check for $12.96, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: August 26, 2009
      Rochester, NY                        /s/_____
                                                      GEORGE M. REIBER, TRUSTEE



FILED
AUG 3 1 2009
BANKRUPTCY COURT
ROCHESTER, NY

UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

# 6464          - CC

August 31, 2009
10:08:18

UNCLAIM
04-21669
Debtor: STEPHEN R. MULLANEY
Debtor: JOHN C. MARTIN
Trustee: George H. Reiber
Amount:
Check#: 12981

Total->   $12.96

FROM: GEORGE REIBER, ESQ.
      3136 SOUTH WINTON ROAD
      ROCHESTER, NEW YORK 14623